## MEMORANDUM DECISIONS.

THE ARCHIE CROSSMAN and THE GRACIE. (Circuit Court of Appeals, Second Circuit. March 11, 1901.) No. 107. Appeal from the District Court of the United States for the Southern District of New York. James K. Symmers, for appellants. James Forrester, for the Gracie. Peter Alexander, for libelant. Before LACOMBE and SHIPMAN, Circuit Judges. No opinion. Affirmed on opinion of district judge. 106 Fed. 984.

BAGGS v. MARTIN. (Circuit Court of Appeals, Eighth Circuit.) Questions of law certified to the supreme court. See 21 Sup. Ct. 109, 179 U. S. 206, 45 L. Ed. ——.